# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403


**REHEARING ACTION: November 28, 2012**


**Docket Number: 12   00394-CA**

**DARNELL CARTER, ET AL.**
**VERSUS**
**STEAK HOUSE STEAKS, INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20112374**


<u>**BEFORE JUDGES**</u>:

　　Hon. John D. Saunders
　　Hon. Elizabeth A. Pickett
　　Hon. James T. Genovese


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James Nations, Jr. and Steak House Steaks, Inc.** has this day

been

　　**DENIED.**


cc: Catherine S. Giering, Counsel for the Appellee
　　Keely Yoes Scott, Counsel for the Appellee
　　Michael J. Harris, Counsel for the Appellant
　　Matthew John Ungarino, Counsel for the Appellee
　　William H. Eckert, Counsel for the Appellee
　　Jennifer L. Simmons, Counsel for the Appellee
　　Stephen Nolan Elliott, Counsel for the Appellee
　　Carl Joseph Giffin, Jr., Counsel for the Appellee
　　Howard Bruce Kaplan, Counsel for the Appellee
　　Richard Edward King, Counsel for the Appellee